169 A.3d 473

IN THE MATTER OF PADRAIC BRIAN DEIGHAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 000841986)

SEPTEMBER 25, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–164, concluding that **PADRAIC BRIAN DEIGHAN** of **HADDONFIELD**, who was admitted to the bar of this State in 1986, should be censured for violating *RPC* 5.4 (sharing legal fees with a nonlawyer), *RPC* 5.5(a)(1)(unauthorized practice of law), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PADRAIC BRIAN DEIGHAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.